IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**THERESA D. MITCHELL**                                                     **PLAINTIFF**

**V.**                     **4:06CV01037 JMM**

**SHERMAN SMITH, PC Sanitation,**
**PULASKI COUNTY DEPARTMENT OF**
**PUBLIC WORKS**                                          **DEFENDANTS**

## ORDER

This case is dismissed without prejudice for Plaintiff's failure to prosecute. *See* Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2).

The Clerk is directed to close the case.

IT IS SO ORDERED this 22nd day of July 2009.

_____
James M. Moody
United States District Judge